IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR62 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES LEE LIVINGSTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to extend time in which to file objections to magistrate judge's report and recommendation (Filing No. 33). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. Defendant shall have until July 26, 2010, to file objections to the report and recommendation of the magistrate judge.

DATED this 13th day of July, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court