IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )        8:10CR62
                             )
      v.                     )
                             )
JAMES LEE LIVINGSTON,        )        ORDER
                             )
           Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to extend time in which to file objections to magistrate judge's report and recommendation (Filing No. 35). The Court notes defendant's statement of objections has been filed and that the motion should be denied as moot. Accordingly,

IT IS ORDERED that defendant's motion is denied as moot. The statement of objections is deemed timely filed.

DATED this 13th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court