IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR62 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES LEE LIVINGSTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's statement of appeal from magistrate judge's order of detention (Filing No. 45). The Court has reviewed the motion and the brief in support thereof (Filing No. 46), as well as the pretrial services report, and finds the order of the magistrate judge should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The order of detention (Filing No. 14) is approved and adopted.

2) Defendant's statement of appeal from the magistrate judge's order of detention is overruled.

DATED this 8th day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court